UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLY ELIZABETH QUINTANILLA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN,<br>Respondent. | Case No.: 26-cv-5252-RSH-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On September 11, 2026, petitioner Nelly Elizabeth Quintanilla filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. Petitioner alleges that she was released by Immigrations and Customs Enforcement more than a decade ago on an Order of Supervision, with which she has complied. *Id.* at 2. Petitioner was arrested on August 10, 2026, in Maryland and transferred to Otay Mesa Detention Center. The Government filed a return, in which it stated that it is "unable to ascertain sufficient facts at this time to establish that Petitioner's release was revoked according to the procedures established by the law. ECF. No. 4, at 1. The Government concedes that Petitioner is "entitled to be released from custody subject to conditions of supervision." *Id*. at 2.

//

//

The Petition is therefore **GRANTED**. The Court **ORDERS** that the Government release petitioner Nelly Elizabeth Quintanilla from immigration custody within **one business day** of the date of this order, subject to the terms of her previously issued Order of Supervision. This order does not prevent the Government from imposing or modifying conditions of release, as may be appropriate.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge